No. 85–1377. BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES v. SYNAR, MEMBER OF CONGRESS, ET AL.;

No. 85–1378. UNITED STATES SENATE v. SYNAR, MEMBER OF CONGRESS, ET AL.; and

No. 85–1379. O'NEILL, SPEAKER OF THE UNITED STATES HOUSE OF REPRESENTATIVES, ET AL. v. SYNAR, MEMBER OF CONGRESS, ET AL. Appeals from D. C. D. C. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted each side for oral argument. Motion of the parties to dispense temporarily with printing and to set an expedited briefing schedule and argument date granted. Reported below: 626 F. Supp. 1374.

No. 85–1021. R. J. REYNOLDS TOBACCO CO. v. DURHAM COUNTY, NORTH CAROLINA, ET AL. Appeal from Sup. Ct. N. C.; and

No. 85–1022. R. J. REYNOLDS TOBACCO CO. v. DURHAM COUNTY, NORTH CAROLINA, ET AL. Appeal from Ct. App. N. C. Further consideration of question of jurisdiction postponed to hearing of cases on the merits. Cases consolidated and a total of one hour allotted for oral argument. Reported below: No. 85–1021, 314 N. C. 540, 335 S. E. 2d 21; No. 85–1022, 73 N. C. App. 475, 326 S. E. 2d 911.

No. 85–782. IMMIGRATION AND NATURALIZATION SERVICE v. CARDOZA-FONSECA. C. A. 9th Cir. Certiorari granted. ■

No. 85–1033. KELLY, CONNECTICUT CHIEF STATE'S ATTORNEY, ET AL. v. ROBINSON. C. A. 2d Cir. Certiorari granted.

No. 85–686. METROPOLITAN LIFE INSURANCE CO. v. TAYLOR; and

No. 85–688. GENERAL MOTORS CORP. v. TAYLOR. C. A. 6th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 763 F. 2d 216.

No. 85–759. MARYLAND v. GARRISON. Ct. App. Md. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 85–937. WEST VIRGINIA v. UNITED STATES. C. A. 4th Cir. Certiorari granted limited to Question 2 presented by the petition.